UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| William E. Kirk, Jr. | § | Case No. 18-01047 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/15/2018 . The undersigned trustee was appointed on 01/15/2018 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 14,784.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 90.95 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 14,693.05 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  10/11/2018  and the deadline for filing governmental claims was  10/18/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,228.40 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,228.40 , for a total compensation of $ 2,228.40 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 12.30 , for total expenses of $ 12.30 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:  11/05/2018                          By:/s/Zane L. Zielinski, Trustee
                                                           Trustee




**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 18-01047 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |

Case Name: William E. Kirk, Jr.

Date Filed (f) or Converted (c): 01/15/2018 (f)

341(a) Meeting Date: 02/13/2018

For Period Ending: 11/05/2018

Claims Bar Date: 10/11/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2009 Chevrolet Suburban First Northern Credit Union Secured | 10,475.00 | 10,475.00 | | 0.00 | FA |
| 2. Household Goods And Furniture | 850.00 | 0.00 | | 0.00 | FA |
| 3. Tv & Electronics | 200.00 | 0.00 | | 0.00 | FA |
| 4. Expensive Sports, And Hobby Equipment Hand Tools/Woodworking | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Normal Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 6. Busey | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Erisa Qualified | 125,000.00 | 0.00 | | 0.00 | FA |
| 8. Security Deposit | 950.00 | 0.00 | | 0.00 | FA |
| 9. Life Insurance Policies Term Death Benefit Only | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2017 Tax Refund (u) | 0.00 | 10,984.00 | | 10,984.00 | FA |
| 11. 2017 work bonus (u) | 0.00 | 3,800.00 | | 3,800.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $140,075.00   $25,259.00   $14,784.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing the final report.

Initial Projected Date of Final Report (TFR): 10/31/0208   Current Projected Date of Final Report (TFR): 10/31/2018

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 18-01047

Case Name: William E. Kirk, Jr.

Taxpayer ID No: XX-XXX9972

For Period Ending: 11/05/2018

Trustee Name: Zane L. Zielinski, Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX2575

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/16/18 | 10 | William E Kirk BuseyBank Official Check | Tax Refund | 1224-000 | $10,984.00 | | $10,984.00 |
| 06/05/18 | 11 | William E Kirk JR Busey Bank Official Check | work related bonus 1st of 2 payments | 1229-000 | $2,000.00 | | $12,984.00 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $12,974.00 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.18 | $12,955.82 |
| 07/13/18 | 11 | William E. Kirk Buseybank Official Check | work related bonus | 1229-000 | $1,800.00 | | $14,755.82 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.69 | $14,736.13 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.91 | $14,714.22 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.17 | $14,693.05 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $14,784.00 | $90.95 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $14,784.00 | $90.95 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $14,784.00 | $90.95 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Page Subtotals:    $14,784.00    $90.95

Case 18-01047    Doc 29    Filed 12/26/18    Entered 12/26/18 10:57:50    Desc Main
Document        Page 5 of 9

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2575 - Checking | $14,784.00 | $90.95 | $14,693.05 |
| | $14,784.00 | $90.95 | $14,693.05 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $14,784.00 |
| Total Gross Receipts: | $14,784.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 18-01047

Date: November 5, 2018

Debtor Name: William E. Kirk, Jr.

Claims Bar Date: 10/11/2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski, Trustee 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 trustee@zanezielinski | Administrative | | $0.00 | $2,228.40 | $2,228.40 |
| 100 2200 | Zane L. Zielinski, Trustee 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 trustee@zanezielinski | Administrative | | $0.00 | $12.30 | $12.30 |
| 3 270 5700 | Pamela Kirk 720 S. Kankakee St. Wilmington, Il 60481 | Priority | | $0.00 | $2,000.00 | $2,000.00 |
| 1 300 7100 | First Northern Credit Union C/O Walinski & Associates, P.C. 2215 Enterprise Drive Suite 1512 Westchester, Il 60154 | Unsecured | | $10,839.00 | $6,714.15 | $6,714.15 |
| 2 300 7100 | First Northern Credit Union C/O Walinski & Associates, P.C. 2215 Enterprise Drive Suite 1512 Westchester, Il 60154 | Unsecured | | $6,467.00 | $6,683.55 | $6,683.55 |
| 4 300 7100 | Silver Cross Hospital 1900 Silver Cross Blvd. New Lenox, Il 60451-9508 | Unsecured | | $697.00 | $697.92 | $697.92 |
| | Case Totals | | | $18,003.00 | $18,336.32 | $18,336.32 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1

Printed: November 5, 2018

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-01047
Case Name: William E. Kirk, Jr.
Trustee Name: Zane L. Zielinski, Trustee

Balance on hand                                           $         14,693.05

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 2,228.40 | $ 0.00 | $ 2,228.40 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 12.30 | $ 0.00 | $ 12.30 |

Total to be paid for chapter 7 administrative expenses          $         2,240.70

Remaining Balance                                               $         12,452.35

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,000.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Pamela Kirk | $ 2,000.00 | $ 0.00 | $ 2,000.00 |

Total to be paid to priority creditors                                   $                    2,000.00

Remaining Balance                                                        $                   10,452.35

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,095.62  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  74.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First Northern Credit Union | $      6,714.15 | $        0.00 | $       4,978.76 |
| 2 | First Northern Credit Union | $      6,683.55 | $        0.00 | $       4,956.06 |
| 4 | Silver Cross Hospital | $        697.92 | $        0.00 | $         517.53 |

Total to be paid to timely general unsecured creditors                   $                   10,452.35

Remaining Balance                                                        $                        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE