## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| William E. Kirk**,** | Bankruptcy No. 18-01047 |
| **Debtor**. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing **Amended** *Notice of Trustee's Final Report and Applications for Compensation (Docket #33)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on January 2, 2019.

Dated: January 2, 2019                **Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of Kim William E. Kirk**,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
     ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.   773-877-3191
f.    815-846-8516
e.   trustee@zanezielinski.com

**Mailing Information for Case** 18-01047

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Darren L Besic**   dbesic@walinskilaw.com, notice@walinskilaw.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **David M Siegel**   davidsiegelbk@gmail.com, author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com

**Manual Service List**

| | |
|---|---|
| William E. Kirk<br>330 N. SCHOOL ST.<br>DIAMOND, IL  60416 | Pamela Kirk<br>720 S. Kankakee St.<br>Wilmington, Il 60481 |
| First Northern Credit Union<br>C/O Walinski & Associates, P.C.<br>2215 Enterprise Drive<br>Suite 1512<br>Westchester, Il 60154 | Silver Cross Hospital<br>1900 Silver Cross Blvd.<br>New Lenox, Il 60451-9508 |
| | |
| | |
| | |
| | |