UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| William E. Kirk, Jr. | § | Case No. 18-01047 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 8,075.00 *(Without deducting any secured claims)* | Assets Exempt: 132,000.00 |
| Total Distributions to Claimants: 12,452.35 | Claims Discharged Without Payment: 26,007.27 |
| Total Expenses of Administration: 2,331.65 | |

3) Total gross receipts of $ 14,784.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 14,784.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,331.65 | 2,331.65 | 2,331.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 40,367.00 | 14,095.62 | 14,095.62 | 10,452.35 |
| **TOTAL DISBURSEMENTS** | $ 40,367.00 | $ 18,427.27 | $ 18,427.27 | $ 14,784.00 |

4)  This case was originally filed under chapter 7 on 01/15/2018 . The case was pending for 14 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/20/2019                    By: /s/Zane L. Zielinski, Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2017 Tax Refund | 1224-000 | 10,984.00 |
| 2017 work bonus | 1229-000 | 3,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 14,784.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 2,228.40 | 2,228.40 | 2,228.40 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 12.30 | 12.30 | 12.30 |
| Associated Bank | 2600-000 | NA | 90.95 | 90.95 | 90.95 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,331.65 | $ 2,331.65 | $ 2,331.65 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| 3 | Pamela Kirk | 5700-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Athletico, Ltd, 625 Enterprise Drive Oak Brook, IL 60523-8813 | | 87.00 | NA | NA | 0.00 |
| | Broadway Family Dental, 595 N. Broadway Street Coal City, IL 60416 | | 461.00 | NA | NA | 0.00 |
| | Champion Fitness, 108 Watters Dr. Dwight, IL 60420 | | 61.00 | NA | NA | 0.00 |
| | DirecTV, PO Box 9001069 Louisville, KY 40290-1069 | | 167.00 | NA | NA | 0.00 |
| | Dr. Don C. Kalant, c/o ABC Credit & Recovery SE 4736 Main St. Lisle, IL 60532 | | 90.00 | NA | NA | 0.00 |
| | Eric Frobish, 124 W. Washington St. Morris, IL 60450 | | 2,000.00 | NA | NA | 0.00 |
| | Fox River Foot Ankle Center, 2081 S. Ridge Road Minooka, IL 60447-8848 | | 230.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Heartland Cardiovascular Center, c/o Creditors Discount & Audit Co. PO Box 213 Streator, IL 61364-0213 | | 389.00 | NA | NA | 0.00 |
| | Hinsdale Orthopaedics, PO Box 5461 Carol Stream, IL 60197-5461 | | 173.00 | NA | NA | 0.00 |
| | Jeffery M. Leving, LTD, 19 S. LaSalle St., Ste. 1500 Chicago, IL 60603 | | 18,025.00 | NA | NA | 0.00 |
| | Plainfield Pediatric Dentistry, Ltd, Thomas J Maurice, DDS, MS 24023 W Lockport Street Plainfield, IL 60544 | | 219.00 | NA | NA | 0.00 |
| | Salt Creek Surgery Center, 530 N. Cass Ave Westmont, IL 60559-1503 | | 86.00 | NA | NA | 0.00 |
| | SYNCB/JC PENNEY DC, PO Box 965007 Orlando, FL 32896-5007 | | 329.00 | NA | NA | 0.00 |
| | SYNCB/Sams, PO Box 965005 Orlando, FL 32896-5005 | | 47.00 | NA | NA | 0.00 |
| 1 | First Northern Credit Union | 7100-000 | 10,839.00 | 6,714.15 | 6,714.15 | 4,978.76 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | First Northern Credit Union | 7100-000 | 6,467.00 | 6,683.55 | 6,683.55 | 4,956.06 |
| 4 | Silver Cross Hospital | 7100-000 | 697.00 | 697.92 | 697.92 | 517.53 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 40,367.00 | $ 14,095.62 | $ 14,095.62 | $ 10,452.35 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 18-01047 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | William E. Kirk, Jr. | | | | Date Filed (f) or Converted (c): | 01/15/2018 (f) |
| | | | | | 341(a) Meeting Date: | 02/13/2018 |
| For Period Ending: | 03/20/2019 | | | | Claims Bar Date: | 10/11/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2009 Chevrolet Suburban First Northern Credit Union Secured | 10,475.00 | 10,475.00 | | 0.00 | FA |
| 2. Household Goods And Furniture | 850.00 | 0.00 | | 0.00 | FA |
| 3. Tv & Electronics | 200.00 | 0.00 | | 0.00 | FA |
| 4. Expensive Sports, And Hobby Equipment Hand Tools/Woodworking | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Normal Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 6. Busey | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Erisa Qualified | 125,000.00 | 0.00 | | 0.00 | FA |
| 8. Security Deposit | 950.00 | 0.00 | | 0.00 | FA |
| 9. Life Insurance Policies Term Death Benefit Only | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2017 Tax Refund (u) | 0.00 | 10,984.00 | | 10,984.00 | FA |
| 11. 2017 work bonus (u) | 0.00 | 3,800.00 | | 3,800.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $140,075.00      $25,259.00      $14,784.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing the final report.

Initial Projected Date of Final Report (TFR): 10/31/0208      Current Projected Date of Final Report (TFR): 10/31/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 18-01047 | | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | William E. Kirk, Jr. | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX2575 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX9972 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/20/2019 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/16/18 | 10 | William E Kirk<br>BuseyBank Official Check | Tax Refund | 1224-000 | $10,984.00 | | $10,984.00 |
| 06/05/18 | 11 | William E Kirk JR<br>Busey Bank Official Check | work related bonus<br>1st of 2 payments | 1229-000 | $2,000.00 | | $12,984.00 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $12,974.00 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.18 | $12,955.82 |
| 07/13/18 | 11 | William E. Kirk<br>Buseybank<br>Official Check | work related bonus | 1229-000 | $1,800.00 | | $14,755.82 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.69 | $14,736.13 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.91 | $14,714.22 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.17 | $14,693.05 |
| 02/01/19 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $2,240.70 | $12,452.35 |
| | | Trustee Zane L. Zielinski | Final distribution creditor account # representing a payment of 100.00 % per court order.                    ($2,228.40) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution creditor account # representing a payment of 100.00 % per court order.                    ($12.30) | 2200-000 | | | |
| 02/01/19 | 5002 | Pamela Kirk<br>720 S. Kankakee St.<br>Wilmington, Il 60481 | Final distribution to claim 3 creditor account # representing a payment of 100.00 % per court order. | 5700-000 | | $2,000.00 | $10,452.35 |

Page Subtotals:               $14,784.00     $4,331.65

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 18-01047 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: William E. Kirk, Jr. | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX2575 |
| | | Checking |
| Taxpayer ID No: XX-XXX9972 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 03/20/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/01/19 | 5003 | First Northern Credit Union<br>C/O Walinski & Associates, P.C.<br>2215 Enterprise Drive<br>Suite 1512<br>Westchester, Il 60154 | Distribution | | | | $9,934.82 | $517.53 |
| | | First Northern Credit Union | Final distribution to claim 1 creditor account # representing a payment of 74.15 % per court order. | ($4,978.76) | 7100-000 | | | |
| | | First Northern Credit Union | Final distribution to claim 2 creditor account # representing a payment of 74.15 % per court order. | ($4,956.06) | 7100-000 | | | |
| 02/01/19 | 5004 | Silver Cross Hospital<br>1900 Silver Cross Blvd.<br>New Lenox, Il 60451-9508 | Final distribution to claim 4 creditor account # representing a payment of 74.15 % per court order. | | 7100-000 | | $517.53 | $0.00 |

|  |  |  |
|---:|---:|---:|
| COLUMN TOTALS | $14,784.00 | $14,784.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $14,784.00 | $14,784.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $14,784.00 | $14,784.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2575 - Checking | $14,784.00 | $14,784.00 | $0.00 |
|  | $14,784.00 | $14,784.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $14,784.00 |
| Total Gross Receipts: | $14,784.00 |

Page Subtotals:  $0.00  $0.00